PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey

**RECEIVED**
MAR 1 3 2006
JOSEPH A. GREENAWAY, JR.
United States District Judge

### Report on Offender Under Supervision

Name of Offender: John J. Dunlap                                   Cr.: 02-00015-001

Name of Sentencing Judicial Officer: Honorable Joseph A. Greenaway, Jr.
United States District Court Judge

Date of Original Sentence: 04/29/02

Original Offense: Embezzlement of Postal Money Orders

Original Sentence: Imprisonment - 14 months (8 months in a federal correctional institution and 6 months in the Greater Philadelphia Halfway House); Supervised Release - 3 years; Restitution - $36,226.71; Special Assessment - $100

Type of Supervision: Supervised Release                Date Supervision Commenced: 03/21/03

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number        Nature of Noncompliance

1                       **'As a condition of supervision, you are instructed to pay restitution in the amount of $36,226.71 to the United States Department of Treasury; it shall be paid in the following manner: It shall be a condition of supervised release that the defendant pay any balance of the special assessment and/or restitution that remains unpaid at the commencement of the term of supervised release. Any balance of the restitution shall be paid in monthly installments of no less than $150.94, to commence 30 days after release from confinement. Payments are to be made in the form of certified check of money order payable to Clerk, United States District Court.'**

                        The offender is nearing expiration of his supervision, which expires on March 20, 2006, and he is unable to satisfy the restitution balance within the supervision term. The current restitution balance stands at $35,426.71.

U.S. Probation Officer Action:

This officer has solicited comments from Assistant U.S. Attorney Philip Kwon, who has no objections to allowing the supervision term to expire on March 20, 2006, with an outstanding restitution balance remaining. However, he has been advised and has agreed to the offender's case being turned over to the U.S. Attorney's Office Financial Litigation Unit to continue with further collection on behalf of the government.

Respectfully submitted,

By: Steve J. Blackwell
U.S. Probation Officer Asst. II
Date: 03/06/06

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

3-28-06
_____
Date